1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States

6

7

8              IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,                    2: 13cv0363-KJM-KJN

12         Plaintiff,

                                                APPLICATION AND ORDER FOR
                                                PUBLICATION
13         v.

14 REAL PROPERTY LOCATED AT 8646
   EVERIDGE COURT, SACRAMENTO,
15 CALIFORNIA, SACRAMENTO
   COUNTY, APN: 115-1200-101-0000,
16 INCLUDING ALL APPURTENANCES
   AND IMPROVEMENTS THERETO,
17
   REAL PROPERTY LOCATED AT 8270
18 CLIFFCREST DRIVE, SACRAMENTO,
   CALIFORNIA, SACRAMENTO
19 COUNTY, APN: 115-1140-009-0000,
   INCLUDING ALL APPURTENANCES
20 AND IMPROVEMENTS THERETO,

21 REAL PROPERTY LOCATED AT 9761
   MCKENNA DRIVE, ELK GROVE,
22 CALIFORNIA, SACRAMENTO
   COUNTY, APN: 132-1310-020-0000,
23 INCLUDING ALL APPURTENANCES
   AND IMPROVEMENTS THERETO,
24
   REAL PROPERTY LOCATED AT 3713
25 45TH AVENUE, SACRAMENTO,
   CALIFORNIA, SACRAMENTO
26 COUNTY, APN: 037-0174-009-0000,
   INCLUDING ALL APPURTENANCES
27 AND IMPROVEMENTS THERETO, and

28

| | |
|---|---|
| 1<br>2<br>3<br>4 | REAL PROPERTY LOCATED AT 54 CAINA COURT, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 040-0260-074-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>           Defendants. |

The United States of America applies for an order of publication as follows:

1. Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the United States shall cause public notice of the action to be given in a newspaper of general circulation or on the official internet government forfeiture site;

2. Local Rule 171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

3. The defendant real properties are located in the cities of Sacramento and Elk Grove in Sacramento County, California;

4. The United States proposes that publication be made as follows:

    a.    One publication;

    b.    Thirty (30) consecutive days;

    c.    On the official internet government forfeiture site www.forfeiture.gov;

    d.    The publication is to include the following:

        (1)    The Court and case number of the action;

        (2)    The date of the seizure/posting;

        (3)    The identity and/or description of the property seized/posted;

        (4)    The name and address of the attorney for the United States;

        (5)    A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for the United States no later than 60 days after the first day of publication on the official internet government forfeiture site; and

        (6)    A statement that answers to the Complaint or a motion under

Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 21 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated: 2/22/13

BENJAMIN B. WAGNER
United States Attorney

/s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

**Date: 2/25/2013**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Application and Order for Publication