UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY AT 8646 EVERIDGE COURT, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 115-1200-101-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, et al.,<br><br>Defendants. | No. 2:13-cv-00363-KJM-KJN<br><br>ORDER |

On July 3, 2013, this action was stayed pending resolution of the related criminal case, No. 2:13-cr-00050-KJM.  ECF No. 35.  The related criminal case has now been closed, and an appeal filed.  *See* No. 13-cr-0050, ECF Nos. 250, 251, 255.  The parties are therefore ordered to submit, within seven days, a joint report addressing whether the stay should remain in place during the pending appeal.

IT IS SO ORDERED.

DATED: June 22, 2016

UNITED STATES DISTRICT JUDGE

1