UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 8646 EVERIDGE COURT, SACRAMENTO, CALIFORNIA, et al.,<br><br>Defendants. | No. 2:13-cv-00363-KJM-KJN<br><br><br>ORDER |

According to the parties' agreement, ECF No. 42, and in light of the conclusion of the underlying criminal case, the stay imposed by this court's order, dated July 3, 2013, ECF No. 35, is LIFTED.

The parties also inform the court they expect to soon reach a settlement agreement. ECF No. 42.  The court APPROVES their stipulation and agreement to file a joint status report or dispositional documents by July 27, 2016 and orders accordingly.

IT IS SO ORDERED.

DATED: June 29, 2016

_____
UNITED STATES DISTRICT JUDGE